UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff,        Case No. 1:11-cv-402

v.        Honorable Paul L. Maloney

MILWAUKEE 3/8" CORDLESS DRILL et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A because it is frivolous and fails to state a claim.

Dated:   July 29, 2011        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge